IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| DREW DANIEL HENDERSON | Violations: 18 U.S.C. §§ 2251(a), 2251(e), 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2) |

COUNT ONE

**Sexual Exploitation of a Child**

The Grand Jury Charges:

In or about June 2023, in the District of North Dakota,

DREW DANIEL HENDERSON

attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim-1 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and knowing and having reason to know such depictions would be transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO

**Sexual Exploitation of a Child**

The Grand Jury Further Charges:

From in or about January 2022 to in or about December 2023, in the District of North Dakota,

DREW DANIEL HENDERSON

attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim-2 to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, and knowing and having reason to know such depictions would be transported and transmitted using any means and facility of interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT THREE

**Receipt of Child Pornography**

The Grand Jury Further Charges:

In or about September 2025, in the District of North Dakota,

DREW DANIEL HENDERSON

did knowingly and did attempt to receive any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

# COUNT FOUR

## Possession of Materials Containing Child Pornography

The Grand Jury Further Charges:

On or about October 15, 2025, in the District of North Dakota,

DREW DANIEL HENDERSON

did knowingly possess any material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved prepubescent minors and minors that had not attained 12 years of age, and which material had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Sections 2251 and 2252A as charged in this Indictment,

DREW DANIEL HENDERSON

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Samsung 1 TB Solid State Drive, Serial Number S3RGNE0K403868, manufactured in Korea;
- One Toshiba 256 GB Solid State Drive, Serial Number 29N850G2X3GN, manufactured in China;
- One Sk Hynix 1 TB Solid State Drive, Serial Number MN8BN14221040BH4Q, manufactured in Korea;
- One SanDisk Ultra 32 GB micro-SD card, manufactured in China.

By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

DLR/tmg