
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

REC'D USMS-D/ND
2026 JAN 8 10:15

for the

District of North Dakota

United States of America
v.
Drew Daniel HENDERSON

)
)
)
)
)
)
)

Case No.    1:26-cr-00001

_Defendant_

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Drew Daniel HENDERSON                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of a Child
Receipt of Child Pornography
Possession of Materials Containing Child Pornography
Forfeiture Notice

Date:    01/08/2026

/s/ Carla Schultz
_Issuing officer's signature_

City and state:    Bismarck, North Dakota

Carla Schultz, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  1/8/26  , and the person was arrested on _(date)_  1/8/26  at _(city and state)_  Dickinson, ND  . |
| Date:  1/8/26  _Alec_ _Arresting officer's signature_ |
| Alec Johnston on behalf of HSI _Printed name and title_ |